**Ralls & Wille, P.C.**
ATTORNEYS AT LAW
*314 South Sixth Avenue*
*Tucson, Arizona 85701*

MEMO ENDORSED

February 1, 2023

OK

**VIA ECF**
Honorable Coleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*/s/ Colleen McMahon/*

Re:   United States v. Bianca Acuna, et. al., 22 CR 334 (CM)
      Letter Motion to File Redacted Sentencing Letter

Dear Judge McMahon,

Per Local Rule 6.1, counsel for Bianca Acuna seeks permission from this Court to file a redacted sentencing letter and redacted attachments. The redactions will include personal identifying information, confidential health information, and names of minor children.

The Government does not object to this motion seeking for permission to file a redacted sentencing letter.

Respectfully submitted,

*/s/ Richard "Alex" Coomer*
**RICHARD ALEXANDER COOMER**
Counsel for Bianca Acuna

Cc (via e-mail and ECF):

AUSA Andrew Jones
AUSA Jane Chong

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/23
```

*Stephen G. Ralls, Esq.*
*Grant D. Wille, Esq.*
*Alex Coomer, Esq.*
*Francisca Valenzuela Leyva (Of Counsel)*
  *Licensed in Sonora, Mexico*

— 1 —

*Telephone:  (520) 884-1234*

*Facsimile:  (520) 884-9687*